NATIONAL LIFE INSURANCE COMPANY OF MONTPELIER, VT., v. MEAD, Treasurer.

(Opinion filed June 27, 1900.)

Appeal from circuit court, Hughes county.   Hon. A. W. CAMPBELL, Judge.

This case was first determined by this court in an opinion reported in 13 S. D. 37, 82 N. W. 78, in which opinion the judgment of the trial court in favor of the defendant, was reversed.   This opinion is upon a rehearing subsequently granted.   Former decision adhered to.

*Horner & Stewart,* for appellant.

*Dillon & Sutherland* and *Ivan W. Goodner,* for respondent.

HANEY, J.   After a careful re-examination of the questions presented by this appeal, the court adheres to its former decision, 13 S. D. 37, 82 N. W. 78.   For the reasons therein stated, the judgment of the circuit court is reversed, and a new trial ordered.